```
 1 | THOMAS F. BERTRAND, State Bar No. 056560
   | RICHARD W. OSMAN, State Bar No. 167993
 2 | BERTRAND, FOX, & ELLIOT
   | The Waterfront Building
 3 | 2749 Hyde Street
   | San Francisco, California  94109
 4 | Telephone: (415) 353-0999
   | Facsimile: (415) 353-0990
 5 |
   | STEVEN M. WOODSIDE, State Bar No. 58684
 6 | County Counsel
   | ANNE L. KECK, State Bar No. 136315
 7 | Deputy County Counsel
   | County of Sonoma
 8 | 575 Administration Drive, Room 105
   | Santa Rosa, California 95403-2815
 9 | Telephone: (707) 565-2421
   | Fax: (707) 565-2624
10 |
   | Attorneys for Defendants
11 | COUNTY OF SONOMA, SHERIFF-CORONER WILLIAM
   | COGBILL, DEPUTY SHERIFF MORRIS ERIC SALKIN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, FRANCISCO SANCHEZ-LOPEZ, CHRISTY AN SONATO-VEGA and SAMUEL MEDEL MOYADO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA; SHERIFF-CORONER BILL COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN, individually and in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SPECIAL AGENT IN-CHARGE MARK WOLLMAN, SPECIAL AGENT MARIO HUELGAS and SPECIAL AGENT CHRIS MERENDINO, individually and in their official capacities; DOES 1-50 and ROES 1 – 50, inclusive<br><br>Defendants. | Case No.:  CV-08-4220-PJH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF DEFENDANTS COUNTY OF SONOMA, SHERIFF-CORONER WILLIAM COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN** |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective

undersigned counsel, that:

1. Defendants COUNTY OF SONOMA, SHERIFF-CORONER WILLIAM COGBILL (sued herein as Bill Cogbill) and DEPUTY SHERIFF MORRIS ERIC SALKIN shall have an extension of time through and including December 5, 2008, within which to file a responsive pleading to Plaintiffs' Complaint.

2. The parties will hold a Rule 26(f) meeting of counsel on November 4, 2008 at 10:00 a.m. by telephone. The parties are free to commence discovery on November 5, 2008.

3. Defendants COUNTY OF SONOMA, SHERIFF-CORONER WILLIAM COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN will informally produce documents to Plaintiffs on or before October 15, 2008.

4. This stipulation is without prejudice to any party's right to bring an application for interim relief at any time prior to or after December 5, 2008.

Dated: October 1, 2008

LATHAM & WATKINS LLP

by: Alfred C. Pfeiffer, Jr.
Melissa N. Chan
Robert P. Lynch
Mary Elizabeth Heard
Attorney for Plaintiffs

Dated: October 1, 2008

BERTRAND, FOX & ELLIOT

by: Thomas F. Bertrand
Richard W. Osman
Attorney for Defendants COUNTY OF SONOMA, SHERIFF-CORONER WILLIAM COGBILL DEPUTY SHERIFF MORRIS ERIC SALKIN

**ORDER**

IT IS SO ORDERED.

Dated: 10/15/08

_Jeffrey S. White_ for Phyllis J. Hamilton
Judge Jeffrey S. White
U.S. District Court Judge