| | |
|---|---|
| 1 | THOMAS F. BERTRAND, State Bar No. 056560 |
| | RICHARD W. OSMAN, State Bar No.  167993 |
| 2 | BERTRAND, FOX, & ELLIOT |
| | The Waterfront Building |
| 3 | 2749 Hyde Street |
| | San Francisco, California   94109 |
| 4 | Telephone: (415) 353-0999 |
| | Facsimile: (415) 353-0990 |

STEVEN M. WOODSIDE, State Bar No. 58684
County Counsel
ANNE L. KECK, State Bar No.  136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Defendants
COUNTY OF SONOMA, SHERIFF-CORONER BILL
COGBILL, DEPUTY SHERIFF MORRIS ERIC SALKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, FRANCISCO SANCHEZ-LOPEZ, CHRISTY AN SONATO-VEGA and SAMUEL MEDEL MOYADO,<br><br>  Plaintiffs,<br>   vs.<br><br>COUNTY OF SONOMA; SHERIFF-CORONER BILL COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN, individually and in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SPECIAL AGENT IN-CHARGE MARK WOLLMAN, SPECIAL AGENT MARIO HUELGAS and SPECIAL AGENT CHRIS MERENDINO, individually and in their official capacities;l DOES 1-50 and ROES 1 – 50, inclusive<br><br>  Defendants. | Case No.:  CV-08-4220-PJH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF ALL DEFENDANTS** |

1  Today the parties engaged in a 1hour and forty-five minute telephone conference to discuss FRCP Rule 26 issues and the filing of a Stipulation Regarding Administrative Motion For Leave To File An Early Motion For Summary Adjudication.  The parties intend to file said stipulation on or before December 10, 2008, which stipulation would extend the date for defendants to file responsive pleadings to a date after resolution of the contemplated motion for summary adjudication.

Defendants' responsive pleadings are due today, December 5, 2008 based on prior agreement between the parties.  The parties, by this stipulation, request the deadline for responsive pleadings be extended five (5) days, to December 10, 2008, to allow time to file the Stipulation Regarding Administrative Motion.

**IT IS HEREBY STIPULATED** by and between the parties, through their respective undersigned counsel, that all Defendants in this action  shall have an extension of time through and including December 10, 2008, within which to file a responsive pleading to Plaintiffs' Complaint.

Dated:   December 5, 2008

LATHAM & WATKINS LLP

*/s/ Alfred C. Pfeiffer, Jr.*, Esq. (as authorized on December 5, 2008)
_____
by:  Alfred C. Pfeiffer, Jr.
     Julia Harumi Mass
     Alan L. Schlosser
     Andre I. Segura
          AMERICAN CIVIL LIBERTIES
          UNION FOUNDATION OF
          NORTHERN CALIFORNIA
      Attorney for Plaintiffs




Dated:  December 5, 2008

BERTRAND, FOX & ELLIOT

/s/ *Richard W. Osman, Esq.*

_____
by:  Thomas F. Bertrand
     Richard W. Osman
     Attorney for Defendants COUNTY OF
     SONOMA, SHERIFF-CORONER BILL
     COGBILL DEPUTY SHERIFF MORRIS
     ERIC SALKIN


Dated:   December 5, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

Ellen M. FitzGerald
Assistant U.S. Attorney


*/s/ Ellen M. FitzGerald.* (as authorized on December 5, 2008)

_____
by:  Ellen M. FitzGerald
     Attorney for Defendants U.S.
     DEPARTMENT OF HOMELAND
     SECURITY; BUREAU OF
     IMMIGRATION AND CUSTOMS
      ENFORCEMENT; SPECAL AGENT
     IN- CHARGE MARK WOLLMAN,
     SPECIAL AGENT MARIO HUELGAS and
  SPECIAL AGENT CHRIS MERENDINO


**ORDER**

 IT IS SO ORDERED


Dated:  __12/9/08_____     _____
                                              Phyllis J. Hamilton
                                              U.S. District Judge

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**ELECTRONIC CASE FILING ATTESTATION**
**(General Order No. 45(X)(B))**

I, Richard W. Osman, am the ECF User whose identification and password are being used to file this Stipulation For Extension of Time to File Responsive Pleading on Behalf of All Defendants pursuant to Civil Local Rule 7-11.  In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  December 5, 2008                                 BERTRAND, FOX & ELLIOT

                                                                               /s/ *Richard W. Osman, Esq.*

                                                                               _____
                                                                               by:     Thomas F. Bertrand
                                                                                        Richard W. Osman
                                                                               Attorney for Defendants COUNTY OF SONOMA, SHERIFF-CORONER BILL COGBILL DEPUTY SHERIFF MORRIS ERIC SALKIN