1  THOMAS F. BERTRAND, State Bar No. 056560
   RICHARD W. OSMAN, State Bar No. 167993
2  BERTRAND, FOX, & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile: (415) 353-0990

5  STEVEN M. WOODSIDE, State Bar No. 58684
   County Counsel
6  ANNE L. KECK, State Bar No. 136315
   Deputy County Counsel
7  County of Sonoma
   575 Administration Drive, Room 105
8  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
9  Fax: (707) 565-2624

10 Attorneys for Defendants
   COUNTY OF SONOMA, SHERIFF-CORONER BILL
11 COGBILL, DEPUTY SHERIFF MORRIS ERIC SALKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, FRANCISCO SANCHEZ-LOPEZ, CHRISTY AN SONATO-VEGA and SAMUEL MEDEL MOYADO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA; SHERIFF-CORONER BILL COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN, individually and in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SPECIAL AGENT IN-CHARGE MARK WOLLMAN, SPECIAL AGENT MARIO HUELGAS and SPECIAL AGENT CHRIS MERENDINO, individually and in their official capacities;1 DOES 1-50 and ROES 1 – 50, inclusive<br><br>Defendants. | Case No.: CV-08-4220-PJH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF ALL DEFENDANTS** |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective undersigned counsel, that:

1. All Defendants in this action shall have an extension of time through and including January 28, 2009, within which to file an answer or otherwise respond to Plaintiffs' Complaint. Should any Defendant file a motion in response to the Complaint, the following briefing and hearing schedule shall apply:

| | |
|---|---|
| Responsive Motion filing date: | January 28, 2009 |
| Opposition filing date: | March 11, 2009 |
| Reply filing date | April 1, 2009 |
| Hearing Date: | April 8, 2009 (or as otherwise set by the court) |

2. Defendants agree not to seek a stay of discovery from the Court during the above-mentioned briefing and hearing process (through April 8, 2009), but all parties reserve their right to seek relief from the Court regarding discovery generated on a case-by-case basis during such time period and thereafter.

Dated:   December 10, 2008

LATHAM & WATKINS LLP

/s/ *Alfred C. Pfeiffer, Jr.*, Esq. (as authorized on December 10, 2008)

by:  Alfred C. Pfeiffer, Jr.
     Julia Harumi Mass
     Alan L. Schlosser
     Andre I. Segura
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
Attorney for Plaintiffs

| | |
|---|---|
| 1 | Dated: December 10, 2008 |
| 2 | BERTRAND, FOX & ELLIOT |
| 3 | /s/ *Richard W. Osman, Esq.* |
| 4 | _____ |
| 5 | by:  Thomas F. Bertrand |
| 6 |       Richard W. Osman<br>      Attorney for Defendants COUNTY OF<br>      SONOMA, SHERIFF-CORONER BILL |
| 7 |       COGBILL DEPUTY SHERIFF MORRIS<br>      ERIC SALKIN |

1  Dated: December 10, 2008

2  
3                                                                          JOSEPH P. RUSSONIELLO
                                                                           United States Attorney
4
                                                                           Ellen M. FitzGerald
5                                                                          Assistant U.S. Attorney

6
                                                                           /s/ Ellen M. FitzGerald. (as authorized on
7                                                                          December 10, 2008)

8                                                                          by:  Ellen M. FitzGerald
                                                                                Attorney for Defendants U.S.
9                                                                               DEPARTMENT OF HOMELAND
                                                                                SECURITY; BUREAU OF
10                                                                              IMMIGRATION AND CUSTOMS
                                                                                ENFORCEMENT; SPECAL AGENT
11                                                                              IN- CHARGE MARK WOLLMAN,
                                                                                SPECIAL AGENT MARIO
12                                                                              HUELGAS and SPECIAL AGENT
                                                                                CHRIS MERENDINO
13

14

15                                                **ORDER**

16      IT IS SO ORDERED. The hearing date on any motions responding to the Complaint shall be

17  held on __April 22, 2009__(~~April 8), 2009~~, at __9:00__ a.m./p.m., in the above-referenced Court.

18

19  Dated: __12/23/08__

20                                                                          Phyllis J. Hamilton
                                                                            U.S. District Court Judge
21

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

## ELECTRONIC CASE FILING ATTESTATION
### (General Order No. 45(X)(B))

I, Richard W. Osman, am the ECF User whose identification and password are being used to file this Stipulation For Extension of Time to File Responsive Pleading on Behalf of All Defendants pursuant to Civil Local Rule 7-11. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated: December 10, 2008

BERTRAND, FOX & ELLIOT

/s/ *Richard W. Osman, Esq.*

by:   Thomas F. Bertrand
      Richard W. Osman
Attorney for Defendants COUNTY OF SONOMA, SHERIFF-CORONER BILL COGBILL DEPUTY SHERIFF MORRIS ERIC SALKIN