JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for the United States and Defendants
Wolman, Huelga and Merendino

MICHAEL F. HERTZ
Acting Assistant Attorney General
Civil Division
JOSHUA E.T. BRAUNSTEIN
Assistant Director
COLIN A. KISOR (DC 497145)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 231-4331
Fax: (202) 305-7000
E-mail: colin.kisor@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, FRANCISCO SANCHEZ-LOPEZ, CHRISTYAN SONATO-VEGA, and SAMUEL MEDEL MOYADO<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA; SHERIFF- | Case No. C 08-4220 PJH<br><br>**DECLARATION OF DANIEL BIBLE** |

```
CORONER BILL COGBILL and DEPUTY )
SHERIFF MORRIS ERIC SALKIN,     )
individually and in their official capacities; )
U.S. DEPARTMENT OF HOMELAND     )
SECURITY, BUREAU OF             )
IMMIGRATION AND CUSTOMS         )
ENFORCEMENT; SPECIAL AGENT-IN-  )
CHARGE MARK WOLLMAN,            )
SPECIAL AGENT MARIO HUELGA and  )
SPECIAL AGENT CHRIS MERENDINO,  )
individually and in their official capacities; )
DOES 1-50; and ROES 1-50, inclusive, )
                                )
        Defendants.             )
_____  )
```

DANIEL BIBLE declares as follows pursuant to 28 U.S.C. § 1746:

1. I am employed by defendant, U.S. Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), as a Supervisory Detention and Deportation Officer. I have held this position since February 5, 2006. I make this declaration based on personal knowledge and my review of the files and records maintained by ICE.

2. Francisco Sanchez-Lopez's removal proceedings were terminated on or about March 17, 2008 by an immigration judge. ICE has appealed the termination to the Board of Immigration Appeals and the appeal is currently pending. Mr. Sanchez-Lopez currently has no lawful immigration status in the United States.

3. Christyan Sonato-Vega was granted voluntary departure under safeguards on or about April 11, 2008 by an immigration judge and was subsequently returned to Mexico. Mr. Sonato-Vega currently has no lawful immigration status in the United States.

4. Samuel Medel Moyado is in removal proceedings and has also applied for adjustment of status based on his marriage to a United States citizen. Mr. Moyado's

DECLARATION OF DANIEL BIBLE
Case No. C 08-4220 PJH

next removal hearing is scheduled for January 26, 2009.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2009.

_____
Daniel Bible

DECLARATION OF DANIEL BIBLE
NO. C 05-05364 JSW                     3