UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-4220 PJH<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE JOINT OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

Before the court is plaintiffs' administrative motion, pursuant to Civil Local Rule 7-11, seeking leave to file a single consolidated brief, not to exceed forty-five (45) pages, in opposition to defendants' two separate motions to dismiss, set for hearing on April 22, 2009. Defendants do not oppose the motion.

Under Civil Local Rules 7-3(a) and 7-4(b), an opposition brief may not exceed twenty-five (25) pages. A party, however, may file an administrative motion, pursuant to Civil Local Rule 7-11, requesting leave "to exceed otherwise applicable page limitations."

Plaintiffs argue that their motion should be granted because a consolidated brief would be efficient and convenient for the parties and the court insofar as defendants' motions to dismiss arise from the same set of factual circumstances, and raise, for the most part, distinct legal issues. The court disagrees. Because the length of the consolidated brief plaintiffs seek to file is not significantly shorter than two twenty-five (25) page briefs, the court is not persuaded that a consolidated brief would serve the interests of economy and convenience.

Accordingly, plaintiffs' administrative motion is DENIED. Plaintiffs shall either file individual briefs in opposition to defendants' motions to dismiss or a single consolidated brief, not to exceed thirty-five (35) pages.

**IT IS SO ORDERED.**

Dated: March 12, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge