UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al.,

    Plaintiffs,

    v.

COUNTY OF SONOMA, et al.,

    Defendants.
_____/

No. C 08-4220 PJH

**ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSOLIDATE HEARING DATES**

Before the court is an administrative motion filed by plaintiffs pursuant to Civil Local Rule 7-11, requesting that the court consolidate the hearing dates for the County Defendants' Motion for Protective Order, set for hearing on July 29, 2009, and plaintiffs' Motion to Compel County Defendants' Production of Documents in Response to Plaintiffs' Request for Production (Set One) and Deposition of County of Sonoma pursuant to Fed.R.Civ.P. 30(b)(6), set for hearing on August 12, 2009. Plaintiffs request that both matters be heard on August 12, 2009.

Because the court finds these matters suitable for resolution without oral argument, the court hereby DENIES plaintiffs' administrative motion and VACATES the July 29, 2009 and August 12, 2009 hearing dates, pursuant to Civil Local Rule 7-1(b). The court will issue a written ruling on these matters in its order on defendants' motions to dismiss.

**IT IS SO ORDERED.**

Dated: July 24, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge