LATHAM & WATKINS LLP
  Alfred C. Pfeiffer, Jr. (State Bar No. 120965)
  Melissa N. Chan (State Bar No. 240228)
  Mary Elizabeth Heard (State Bar No. 255793)
  Jason Daniels (State Bar No. 258377)
  Casey R. O'Connor (State Bar No. 261755)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: al.pfeiffer@lw.com
Email: melissa.chan@lw.com
Email: maryelizabeth.heard@lw.com
Email: jason.daniels@lw.com
Email: casey.oconnor@lw.com

Julia Harumi Mass (State Bar No. 189649)
Alan L. Schlosser (State Bar No. 49957)
Andre I. Segura (State Bar No. 247681)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org
Email: aschlosser@aclunc.org
Email: asegura@aclunc.org

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, FRANCISCO SANCHEZ-LOPEZ, CHRISTYAN SONATO-VEGA, and SAMUEL MEDEL MOYADO,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SONOMA; SHERIFF-CORONER BILL COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN, individually and in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SPECIAL AGENT-IN-CHARGE MARK WOLLMAN, SPECIAL AGENT MARIO HUELGA and SPECIAL AGENT CHRIS MERENDINO, individually and in their official capacities; DOES 1-50; and ROES 1-50, inclusive,<br><br>Defendants. | CASE NO. CV-08-4220-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Phyllis J. Hamilton |

1     **WHEREAS**, on July 31, 2009, the Court entered an Order Granting in Part and Denying in Part Federal and County Defendants' Motions to Dismiss, Granting County Defendants' Motion for a More Definitive Statement ("Order"), and ordering Plaintiffs to file an amended complaint by August 31, 2009;

    **WHEREAS**, the Court's Order and Plaintiffs' causes of action involve complex factual and legal issues;

    **WHEREAS**, Plaintiffs require additional time to fully address all relevant issues and to provide the clarity required by the Court in an amended complaint; and

    **WHEREAS**, on August 21, 2009, Plaintiffs filed a Motion for Leave to File a Motion for Reconsideration of Limited Portions of the Order Granting in Part and Denying in Part Defendants' Motions to Dismiss, which may impact the form and substance of Plaintiffs' First Amended Complaint and Defendants' response to Plaintiffs' First Amended Complaint;

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned counsel, as follows:

1. Plaintiffs' deadline to file the First Amended Complaint shall be extended to September 14, 2009.

    **IT IS SO STIPULATED AND AGREED.**

    Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to General Order 45(X)(B)**.**

Dated: August 27, 2009

> LATHAM & WATKINS LLP
> Alfred C. Pfeiffer
> Melissa N. Chan
>
> By     /s/ Alfred C. Pfeiffer
>     Melissa N. Chan
>
> Julia Harumi Mass
> Alan L. Schlosser
> Andre I. Segura
>     AMERICAN CIVIL LIBERTIES
>     UNION FOUNDATION OF
>     NORTHERN CALIFORNIA
>
> Attorneys for Plaintiffs

Dated: August 27, 2009

Stephen M. Woodside, County Counsel

By    /s/ Anne L. Keck
   Anne L. Keck, Deputy County Counsel
   Sonoma County

BERTRAND, FOX & ELLIOT
   Thomas F. Bertrand
   Richard W. Osman

Attorneys for Defendants COUNTY OF SONOMA, SHERIFF-CORONER BILL COGBILL, and DEPUTY SHERIFF MORRIS ERIC SALKIN

Dated: August 27, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

By    /s/ Ila C. Deiss
   Ila C. Deiss
   Assistant United States Attorney

Attorneys for Defendants SPECIAL AGENT-IN-CHARGE MARK WOLLMAN; SPECIAL AGENT MARIO HUELGA; and SPECIAL AGENT CHRIS MERENDINO

Dated: August 27, 2009

MICHAEL F. HERTZ
Deputy Assistant Attorney General, Civil Division

DAVID J. KLINE
Director

JOSHUA E.T. BRAUNSTEIN
Assistant Director

By    /s/ Colin A. Kisor
   COLIN A. KISOR
   Trial Attorney

   U.S. Department of Justice
   Office of Immigration Litigation
Attorneys for Defendant U.S. DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/3/09            By: _____
                              THE HONORABLE PHYLLIS J. HAMILTON
                              United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*