LATHAM & WATKINS LLP
  Alfred C. Pfeiffer, Jr. (State Bar No. 120965)
  Melissa N. Chan (State Bar No. 240228)
  Mary Elizabeth Heard (State Bar No. 255793)
  Jason Daniels (State Bar No. 258377)
  Casey R. O'Connor (State Bar No. 261755)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: al.pfeiffer@lw.com
Email: melissa.chan@lw.com
Email: maryelizabeth.heard@lw.com
Email: jason.daniels@lw.com
Email: casey.oconnor@lw.com

Julia Harumi Mass (State Bar No. 189649)
Alan L. Schlosser (State Bar No. 49957)
Andre I. Segura (State Bar No. 247681)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org
Email: aschlosser@aclunc.org
Email: asegura@aclunc.org

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, FRANCISCO SANCHEZ-LOPEZ, CHRISTYAN SONATO-VEGA, and SAMUEL MEDEL MOYADO,<br><br>    Plaintiffs,<br>  v.<br><br>COUNTY OF SONOMA; SHERIFF-CORONER BILL COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN, individually and in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SPECIAL AGENT-IN-CHARGE MARK WOLLMAN, SPECIAL AGENT MARIO HUELGA and SPECIAL AGENT CHRIS MERENDINO, individually and in their official capacities; DOES 1-50; and ROES 1-50, inclusive,<br><br>    Defendants. | CASE NO. CV-08-4220-PJH<br><br>**STIPULATION AND [P~~ROPOSED~~]<br>ORDER TO ALLOW PLAINTIFFS TO<br>ADD FEDERAL TORT CLAIMS IN A<br>SECOND AMENDED COMPLAINT,<br>AND TO EXTEND DEFENDANTS'<br>TIME TO RESPOND**<br><br>Judge: Hon. Phyllis J. Hamilton |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
CASE NO. 08-4220 PJH

SF\719078

**WHEREAS**:

1. The Court issued an order on July 31, 2009, granting in part and denying in part Defendants' Motions to Dismiss, dismissing Plaintiffs' Eighth Claim for Relief with prejudice, and ordering Plaintiffs to file an amended complaint within 30 days;

2. On August 21, 2009, Plaintiffs filed a motion for leave to file a motion for reconsideration of the Court's dismissal with prejudice of certain subclaims within the Eighth Claim for Relief with prejudice;

3. On August 27, 2009, Plaintiffs filed a stipulation for an extension of time to file their First Amended Complaint, seeking an extension from August 31, 2009 to September 14, 2009;

4. Plaintiffs filed their First Amended Complaint on August 31, 2009;

5. By separate orders dated September 3, 2009, the Court granted Plaintiffs' request for an extension of time to file their First Amended Complaint and granted Plaintiffs' motion for reconsideration, allowing Plaintiffs to reallege two subclaims from the original Complaint's Eighth Claim for Relief in their amended complaint to be filed pursuant to the parties' stipulation by September 14, 2009;

**AND WHEREAS** Plaintiffs represent that:

6. Plaintiffs Sanchez-Lopez, Sonato-Vega and Medel filed tort claims with the United States on or about October 23, 2009;

7. The parties indicated in their Joint Case Management Statement filed December 11, 2008 that Plaintiffs intended to amend the Complaint to add tort claims against the United States upon administrative exhaustion of those claims;

8. On April 22, 2009, the Court heard argument on Defendants' motions to dismiss and instructed Plaintiffs to seek leave before adding any new parties or claims;

9. Plaintiffs Sanchez-Lopez, Sonato-Vega and Medel are ready to bring tort claims against the United States based on the same facts that form the basis of their claims against the existing Defendants in the instant matter;

///

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND ORDER
CASE NO. 08-4220 PJH

SF\719078

1  **AND WHEREAS**, Defendants seek additional time to respond to Plaintiffs' First
2  Amended Complaint and would seek additional time to respond to any Second Amended
3  Complaint:

4  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through
5  their respective undersigned counsel, as follows:

6      1.    Plaintiffs may file a Second Amended Complaint on or before September 14,
7  2009, in which they may (a) reallege portions of their original Eighth Claim and make other
8  changes to clarify the allegations set forth in their First Amended Complaint, consistent with the
9  Court's July 31 and September 3 orders and (b) add and include tort claims against the United
10 States; and

11     2.    Defendants' deadline to file an answer or motion under Rule 12 will be 45 days
12 from the filing of Plaintiffs' Second Amended Complaint.

13 **IT IS SO STIPULATED AND AGREED.**

14 Authority for and concurrence in the filing of this stipulated request has been obtained
15 from each of the signatories, pursuant to General Order 45(X)(B)**.**

17 Dated: September 4, 2009        LATHAM & WATKINS LLP
    Alfred C. Pfeiffer
    Melissa N. Chan
    Mary Elizabeth Heard
    Jason L. Daniels
    Casey R. O'Connor

By    /s/ Alfred C. Pfeiffer, Jr.
    Alfred C. Pfeiffer, Jr.

Julia Harumi Mass
Alan L. Schlosser
Andre I. Segura
    AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION OF
    NORTHERN CALIFORNIA

Attorneys for Plaintiffs

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ORDER
CASE NO. 08-4220 PJH

SF\719078

| | | |
|---|---|---|
| 1 | Dated: September 4, 2009 | Stephen M. Woodside, County Counsel |
| 2 | | By     /s/ Anne L. Keck |
| 3 | | Anne L. Keck, Deputy County Counsel<br>Sonoma County |
| 4 | | BERTRAND, FOX & ELLIOT |
| 5 | | Thomas F. Bertrand<br>Richard W. Osman |
| 6 | | Attorneys for Defendants COUNTY OF SONOMA, SHERIFF-CORONER BILL COGBILL, and DEPUTY SHERIFF MORRIS ERIC SALKIN |
| 9 | Dated: September 4, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 11 | | By     /s/ Ila C. Deiss |
| 12 | | Ila C. Deiss<br>Assistant United States Attorney |
| 13 | | Attorneys for Defendants SPECIAL AGENT-IN-CHARGE MARK WOLLMAN; SPECIAL AGENT MARIO HUELGA; and SPECIAL AGENT CHRIS MERENDINO |
| 15 | Dated: September 4, 2009 | MICHAEL F. HERTZ<br>Deputy Assistant Attorney General, Civil Division |
| 18 | | DAVID J. KLINE<br>Director |
| 19 | | JOSHUA E.T. BRAUNSTEIN<br>Assistant Director |
| 21 | | By     /s/ Colin A. Kisor<br>COLIN A. KISOR<br>Trial Attorney |
| 23 | | U.S. Department of Justice<br>Office of Immigration Litigation |
| 24 | | Attorneys for Defendant U.S. DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND ORDER
CASE NO. 08-4220 PJH

SF\719078

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/9/09     By: _____
                  THE HONORABLE PHYLLIS J. HAMILTON

THE COURT PRESUMES THAT DATE OF FILING OF TORT CLAIMS STATED ON PAGE 1 LINE 18, IS A TYPOGRAPHICAL ERROR THAT SHOULD BE CORRECTED.



*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND ORDER
CASE NO. 08-4220 PJH

SF\719078