UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMITTEE FOR IMMIGRANT RIGHTS
OF SONOMA COUNTY, et al.,

    Plaintiff(s),

v.

COUNTY OF SONOMA, et al.,

    Defendant(s).
_____/

No. C 08-4220 PJH

**SCHEDULING ORDER**

Before the court are two stipulations of the parties concerning the scheduling of the settlement conference, which the court approves, and the briefing of the anticipated motions to dismiss the second amended complaint, which the court approves in part. In the stipulation concerning the settlement conference, the parties refer to their proposed briefing schedule for the motions to dismiss which sets forth a date of January 2, 2010 for the filing of replies and February 3, 2010 for the hearing on the motions. However, the stipulation concerning the briefing of the motions to dismiss, sets forth a January 20, 2010 date for the replies and February 3, 2010 for the hearing. Given that January 2, 2010 is a Saturday, the court assumes the latter schedule is the one intended by the parties. The court notes that in recognition of the complexity of the complaint and the motions that will be filed, the parties have expanded threefold the amount of time for briefing, but have chosen not to similarly expand the amount of time that the court will have to prepare for the hearing after completion of briefing. Given that these motions will not be the only ones on the court's calendar, the court *sua sponte* continues the hearing date to February 17, 2010.

**IT IS SO ORDERED.**

Dated: October 14, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge