THOMAS F. BERTRAND, State Bar No. 056560
RICHARD W. OSMAN, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-mail: rosman@bfesf.com

STEVEN M. WOODSIDE State Bar No. 58684
County Counsel
ANNE L. KECK, State Bar No. 136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: akeck@sonoma-county.org

Attorneys for Defendants
County of Sonoma, Sheriff-Coroner William
Cogbill, Deputy Sheriff Morris Eric Salkin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>Defendants. | No. CV-08-4220-PJH<br><br>**JOINT STIPULATION RE BRIEFING AND HEARING SCHEDULE ON MOTIONS TO DISMISS SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>[NO HEARING SET] |

The parties herein, through their respective counsel of record, hereby agree and stipulate as follows.

1. Pursuant to stipulation and order entered in this case on September 9, 2009, (Docket No. 134), Plaintiffs filed their Second Amended Complaint on September 14, 2009 (the "complaint"). The complaint consists of 74 pages and includes 22 causes of action (many of which contain several sub-parts) seeking injunctive and declaratory relief as well as damages (compensatory and punitive).

2. All Defendants intend to file motions to dismiss the complaint on the stipulated due date of October 29, 2009 (see Docket No. 134).

3. Plaintiffs have requested an extension of time in which to file oppositions to the motions to dismiss, through and including December 16, 2009. Defendants have requested an extension of time to file their replies to January 20, 2010. The parties therefore stipulate and propose the following briefing and hearing dates:

**Motions to Dismiss due: 10/29/09**

**Oppositions due: 12/16/09**

**Replies due: 1/20/10**

**Hearing date: ~~2/3/10~~ 2/17/10, at 9:00 a.m.**

4. The parties submit that good cause exists for this briefing and hearing schedule in light of the varied and complex legal issues raised in the complaint, which will require consideration of jurisdictional challenges per the motions to dismiss as well as determination of whether the complaint is legally and/or factually sufficient to comply with federal pleading requirements.

IT IS SO STIPULATED.

Dated: October 2, 2009   STEVEN M. WOODSIDE, County Counsel

By: /s/ Anne L. Keck
    Anne L. Keck
    Deputy County Counsel

Attorneys for Defendants the County of Sonoma, Sheriff-Coroner William Cogbill, and Deputy Sheriff Morris Eric Salkin

Dated: October 2, 2009   JOSEPH P. RUSSONIELLO
                         United States Attorney

By: /s/ Ila C. Deiss
    Ila C. Deiss
    Assistant United States Attorney

Attorneys for Defendants U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement; Special Agent-In-Charge Mark Wollman; Special Agent Mario Huelga; and Special Agent Chris Merendino

| | | |
|---|---|---|
| Dated: October 2, 2009 | | MICHAEL F. HERTZ
Deputy Assistant Attorney General, Civil Division |

By: /s/ Colin Kisor
    Colin Kisor
    Trial Attorney
    U.S. DOJ, Office of Immigration Litigation

Attorneys for Defendant U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement

Dated: October 2, 2009        LATHAM & WATKINS LLP

By: /s/ Melissa N. Chan
    Alfred C. Pfeiffer, Jr.
    Melissa N. Chan

Attorneys for Plaintiffs

\*        \*        \*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Date: 10/15/09

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

ELECTRONIC CASE FILING ATTESTATION

I, Anne L. Keck, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION RE BRIEFING AND HEARING SCHEDULE ON MOTIONS TO DISMISS SECOND AMENDED COMPLAINT** on behalf of all parties pursuant to Civil Local Rules 7-11. In compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated: October 2, 2009   Sonoma County Counsel

By: ___/s/ Anne L. Keck___
   Anne L. Keck
   Deputy County Counsel