THOMAS F. BERTRAND, State Bar No. 056560
RICHARD W. OSMAN, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-mail: rosman@bfesf.com

STEVEN M. WOODSIDE State Bar No. 58684
County Counsel
ANNE L. KECK, State Bar No. 136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: akeck@sonoma-county.org

Attorneys for Defendants
County of Sonoma, Sheriff-Coroner William
Cogbill, Deputy Sheriff Morris Eric Salkin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, et al., <br><br> Defendants. | No. CV-08-4220-PJH <br><br> **JOINT STIPULATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER WITH RESPECT TO SETTLEMENT CONFERENCE DATE; [PROPOSED] ORDER** <br><br> [NO HEARING SET] |

The parties herein, through their respective counsel of record, hereby agree and stipulate as follows.

1. Pursuant to the initial Case Management and Pretrial Order filed on December 19, 2008 (Docket No. 22), this Court referred the case to Magistrate Judge Chen for a settlement conference to occur during August or September 2009, or as soon thereafter as was convenient for the assigned Judge.

2. Magistrate Judge Chen set the original settlement conference to occur on August 25, 2009, via a Notice of Settlement Conference and Settlement Conference Order (Docket No. 42).

3. On August 10, 2009, pursuant to the parties' stipulation, Magistrate Judge Chen continued the settlement conference to October 20, 2009 (Docket No. 123). Counsel for the parties requested this continuance based on: (1) this Court's Order granting in part and denying in part Defendants' motions to dismiss and motion for more definite statement, entered on July 31, 2009, which also provided Plaintiffs 30 days in which to file an amended complaint; and (2) to accommodate the schedules of counsel for the parties.

4. Pursuant to stipulation and order entered by this Court on September 9, 2009 (Docket No. 134), Plaintiffs subsequently filed their Second Amended Complaint on September 14, 2009 (the "complaint"). The complaint consists of 74 pages and includes 22 causes of action (many of which contain several sub-parts) seeking injunctive and declaratory relief as well as damages (compensatory and punitive).

5. All Defendants intend to file motions to dismiss the complaint on the stipulated due date of October 29, 2009 (see Docket No. 134).

6. By and through a separate joint stipulation, the parties are requesting this Court to approve a briefing and hearing schedule on Defendants' motions to dismiss, as follows: motions to dismiss due 10/29/09; oppositions due 12/16/09; replies due 1/2/10; and hearing date set for 2/3/10, at 9:00 a.m.

7. To permit this Court to hear the motions to dismiss and resolve jurisdictional disputes, dismiss or delimit claims, and to allow for more productive settlement discussions to occur, the parties request this Court to modify its Case Management and Pretrial Order to allow Magistrate Judge Chen to reset the settlement conference to a date approximately 30 days after this Court rules on Defendants' second motions to dismiss.

IT IS SO STIPULATED.

///
///
///

| | | |
|---|---|---|
| Dated: October 7, 2009 | | STEVEN M. WOODSIDE, County Counsel |

By: /s/ Anne L. Keck
    Anne L. Keck
     Deputy County Counsel

Attorneys for Defendants the County of Sonoma, Sheriff-Coroner William Cogbill, and Deputy Sheriff Morris Eric Salkin

Dated: October 7, 2009    JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/ Ila C. Deiss
    Ila C. Deiss
    Assistant United States Attorney

Attorneys for Defendants U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement; Special Agent Mario Huelga; and Special Agent Chris Merendino

Dated: October 7, 2009    MICHAEL F. HERTZ
Deputy Assistant Attorney General, Civil Division

By: /s/ Colin Kisor
    Colin Kisor
    Trial Attorney
    U.S. DOJ, Office of Immigration Litigation

Attorneys for Defendant U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement

Dated: October 7, 2009    LATHAM & WATKINS LLP

By: /s/ Melissa N. Chan
    Alfred C. Pfeiffer, Jr.
    Melissa N. Chan

Attorneys for Plaintiffs

    \*        \*        \*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Date: 10/15/09

Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

ELECTRONIC CASE FILING ATTESTATION

I, Anne L. Keck, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER WITH RESPECT TO SETTLEMENT CONFERENCE DATE; [PROPOSED] ORDER** on behalf of all parties pursuant to Civil Local Rules 7-11. In compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated: October 7, 2009

By: /s/ Anne L. Keck
Anne L. Keck
Deputy County Counsel
County of Sonoma, Sheriff-Coroner William Cogbill, Deputy Sheriff Morris Eric Salkin