1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr. (State Bar No. 120965)
2  Melissa N. Chan (State Bar No. 240228)
   Tienlon Ho (State Bar No. 240997)
3  Mary Elizabeth Heard (State Bar No. 255793)
   Jason L. Daniels (State Bar No. 258377)
4  Casey R. O'Connor (State Bar No. 261755)
   505 Montgomery Street, Suite 2000
5  San Francisco, California  94111
   Telephone:  (415) 391-0600
6  Facsimile:  (415) 395-8095
   Email: al.pfeiffer@lw.com
7  Email: melissa.chan@lw.com
   Email: tienlon.ho@lw.com
8  Email: maryelizabeth.heard@lw.com
   Email: jason.daniels@lw.com
   Email: casey.oconnor@lw.com

9  Julia Harumi Mass (State Bar No. 189649)
   Alan L. Schlosser (State Bar No. 49957)
10 Andre I. Segura (State Bar No. 247681)
   AMERICAN CIVIL LIBERTIES UNION
11 FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
12 San Francisco, California  94111
   Telephone:  (415) 621-2493
13 Facsimile:  (415) 255-8437
   Email: jmass@aclunc.org
14 Email: aschlosser@aclunc.org
   Email: asegura@aclunc.org

15 Attorneys for PLAINTIFFS

16                UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, FRANCISCO SANCHEZ-LOPEZ, CHRISTYAN SONATO-VEGA, and SAMUEL MEDEL MOYADO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA; SHERIFF-CORONER BILL COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN, individually and in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SPECIAL AGENT MARIO HUELGA and SPECIAL AGENT CHRIS MERENDINO, individually and in their official capacities; DOES 1-50; and ROES 1-50, inclusive,<br><br>Defendants. | CASE NO. 08-4220 PJH<br><br>**PLAINTIFFS' NOTICE AND MOTION FOR PERMISSION TO WITHDRAW OF THE ACLU-NORTHERN CALIFORNIA AND LATHAM AND WATKINS LLP AS COUNSEL FOR SAMUEL MEDEL MOYADO**<br><br>**[PURSUANT TO CIVIL L.R. 7 and 11-5]**<br><br>The Hon. Phyllis J. Hamilton<br>Courtroom 3, 3rd Floor |

       Latham & Watkins, LLP, and the attorneys thereof, and Julia Harumi Mass, Alan Schlosser, and Andre Segura of the American Civil Liberties Union Foundation of Northern California, pursuant to Civil Local Rule 11-5, move for permission to withdraw as attorneys of record for Samuel Medel Moyado in the above captioned matter, as instructed by Mr. Medel Moyado.  The following are grounds for this notice and motion:

1.       On September 5, 2008, Samuel Medel Moyado, along with Plaintiffs Francisco Sanchez-Lopez, Christyan Sonato-Vega and the Committee for Immigrant Rights of Sonoma County, filed suit against the Defendants in the above captioned matter.

2.       In October 2009, Mr. Medel Moyado sent a letter to Julia Mass, counsel for Plaintiffs, stating that "For the current time, I no longer wish to take part in any legal case that involves myself in any way.  I no longer authorize Julia Mass or anyone that is affiliated with any type of law firm to represent Samuel Medel in any case."  Declaration of Julia Harumi Mass ("Mass Decl."), Exhibit A.

3.       Counsel for Plaintiffs interpret Mr. Medel Moyado's letter to be a request to be dismissed from the case, and, following this, to end his attorney-client relationship with Plaintiffs' counsel.  Mass Decl. ¶ 4.

4.       On December 9, 2009, Plaintiffs' counsel sent notice via email to Defendants of their intent to withdraw as counsel for Mr. Medel Moyado.  Mass Decl. ¶ 8

       Based on the foregoing, Latham & Watkins, LLP, and the attorneys thereof, and Julia Harumi Mass, Alan Schlosser, and Andre Segura of the American Civil Liberties Union Foundation of Northern California request permission to withdraw as Mr. Medel Moyado's counsel.  On December 14, 2009, Plaintiffs' counsel, concurrent with this motion, filed a notice of motion and a motion to voluntarily dismiss Mr. Medel Moyado's claims without prejudice.

///

1 | Dated: December 14, 2009

2 | By /s/ Alfred C. Pfeiffer
Alfred C. Pfeiffer, Jr.

3

4 | LATHAM & WATKINS LLP
Alfred C. Pfeiffer

5 | Melissa N. Chan
Tienlon Ho
Mary Elizabeth Heard

6 | Jason L. Daniels
Casey R. O'Connor

7

8 | By /s/ Julia Harumi Mass
Julia Harumi Mass

9

10 | Julia Harumi Mass
Alan L. Schlosser

11 | AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA

12

13 | Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28