1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr. (State Bar No. 120965)
2    Melissa N. Chan (State Bar No. 240228)
   Tienlon Ho (State Bar No. 240997)
3    Mary Elizabeth Heard (State Bar No. 255793)
   Jason L. Daniels (State Bar No. 258377)
4    Casey R. O'Connor (State Bar No. 261755)
505 Montgomery Street, Suite 2000
5  San Francisco, California 94111
Telephone: (415) 391-0600
6  Facsimile: (415) 395-8095
Email: al.pfeiffer@lw.com
7  Email: melissa.chan@lw.com
Email: tienlon.ho@lw.com
8  Email: maryelizabeth.heard@lw.com
Email: jason.daniels@lw.com
9  Email: casey.oconnor@lw.com

Julia Harumi Mass (State Bar No. 189649)
10 Alan L. Schlosser (State Bar No. 49957)
Andre I. Segura (State Bar No. 247681)
11 AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
12 39 Drumm Street
San Francisco, California 94111
13 Telephone: (415) 621-2493
Facsimile: (415) 255-8437
14 Email: jmass@aclunc.org
Email: aschlosser@aclunc.org
Email: asegura@aclunc.org

15 Attorneys for PLAINTIFFS

16                   UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, FRANCISCO SANCHEZ-LOPEZ, CHRISTYAN SONATO-VEGA, and SAMUEL MEDEL MOYADO, | CASE NO. 08-4220 PJH |
| | [~~PROPOSED~~] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| Plaintiffs, | |
| v. | The Hon. Phyllis J. Hamilton<br>Courtroom 3, 3rd Floor |
| COUNTY OF SONOMA; SHERIFF-CORONER BILL COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN, individually and in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SPECIAL AGENT MARIO HUELGA and SPECIAL AGENT CHRIS MERENDINO, individually and in their official capacities; DOES 1-50; and ROES 1-50, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that good cause has been shown to dismiss Samuel Medel Moyado's claims without prejudice and that Defendants would suffer no 'plain legal prejudice' therefrom. The Court hereby GRANTS the motion to dismiss Samuel Medel Moyado's claims without prejudice.

**IT IS SO ORDERED.**

Dated: 12/22/09

HONORABLE
United Stat

IT IS SO ORDERED
Judge Phyllis J. Hamilton