UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMITTEE FOR IMMIGRANT RIGHTS, et al.,

    Plaintiffs,

    v.

SONOMA COUNTY, et al.,

    Defendants.

_____/

No. C 08-4220 PJH

**ORDER CONTINUING HEARING DATE**

The date for the hearing on defendants' motions to dismiss, previously set for Wednesday, February 17, 2010, has been CONTINUED to Wednesday, March 3, 2010, at 9:00 a.m., in Courtroom 3, Third Floor of the Federal Courthouse, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: February 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge