1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for the United States and
8  Defendants Huelga and Merendino

9  MICHAEL F. HERTZ
   Deputy Assistant Attorney General
10 DAVID J. KLINE
   Director
11 COLIN A. KISOR
   Trial Attorney
12 Office of Immigration Litigation
   District Court Section
13 P.O. Box 868 Ben Franklin Station
   Washington D.C., 20044
14 Telephone: (202) 532-4331
   FAX: (202) 305-7000
15
16 Attorneys for the United States

*E-Filed 03/18/2010*

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                      SAN JOSE DIVISION

20 COMMITTEE FOR IMMIGRANT
   RIGHTS OF SONOMA COUNTY, et al.,           No. CV-08-4220-RS
21
            Plaintiffs,
22                                            **JOINT STIPULATION TO RESET THE**
   v.                                         **DEFENDANTS' ANSWER DATE;**
23                                            **ORDER**
   COUNTY OF SONOMA, *et al.*,
24
            Defendants.
25 _____/

26      Through their respective counsel, the parties hereby agree and stipulate as follows:

27      1.   On March 10, 2010, the Oakland Division of this Court, the Honorable Phyllis

28           Hamilton presiding, entered an Order (Docket No. 164) granting in part and denying in

| | | |
|---|---|---|
| 1 | | part the Federal and County Defendants' motions to dismiss the Second Amended |
| 2 | | Complaint ("SAC"); that Order did not expressly require Plaintiffs to amend the SAC, |
| 3 | | nor did it set a date on which Answers were due. |
| 4 | 2. | Accordingly, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the Federal and |
| 5 | | County Defendants' believe that their respective Answers to the SAC are currently due |
| 6 | | to be filed and served on March 24, 2010. |
| 7 | 3. | The Defendants request, and Plaintiffs agree to extend the deadline for the responsive |
| 8 | | pleading forty-five (45) days, to **May 10, 2010**, within which the Defendants must file |
| 9 | | and serve their respective Answers to the SAC, barring other intervening orders from |
| 10 | | the Court. |
| 11 | 4. | The parties agree that the scheduling or preparation of the Answers will have no effect |
| 12 | | on the scheduling of other aspects of the proceedings, and shall not impact the timing |
| 13 | | of, or any party's ability to propound or duty to respond to, discovery in any way. |
| 14 | 5. | Notwithstanding the foregoing, County Defendants have indicated their intent to seek |
| 15 | | leave of Court to file a motion to reconsider/clarify the Order re Motions to Dismiss, |
| 16 | | and also seek a temporary protective order with respect to discovery pursuant to the |
| 17 | | provisions of *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009); this stipulation is entered into |
| 18 | | without prejudice to seek and obtain such relief. |

Dated: March 18, 2010                    STEVEN M. WOODSIDE, County Counsel

By___s/s Anne L. Keck_____
    Anne L. Keck
    Deputy County Counsel

Attorneys for Defendants the County of Sonoma, Sheriff-Coroner William Cogbill, and Deputy Sheriff Morris Eric Salkin

| | | |
|---|---|---|
| Dated: March 18, 2010 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |

By___s/s Ila C. Deiss_____
    Ila C. Deiss
    Assistant United States Attorney

Attorneys for Defendants U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement; Special Agent Mario Huelga; and Special Agent Chris Merendino

Dated: March 18, 2010        MICHAEL F. HERTZ
                                     Deputy Assistant Attorney General, Civil Division

By___s/s Colin Kisor_____
    Colin Kisor
    Trial Attorney
    U.S. DOJ, Office of Immigration Litigation

Attorneys for Defendant U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement

Dated: March 18, 2010        LATHAM & WATKINS LLP

By:___s/s Melissa N. Chan_____
    Alfred C. Pfeiffer, Jr.
    Melissa N. Chan

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By:__s/s Julia Harumi Mass_____
    Julia Harumi Mass

Attorneys for Plaintiffs

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Date: 03/18/2010

_____
RICHARD SEEBORG
United States District Judge

JOINT STIPULATION TO RESET ANSWER DATE; ORDER
USDC Case No. CV-08-4220 RS        3