IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, et al., <br><br> Defendants. _____/ | No. C 08-4220 RS <br><br> **ORDER GRANTING LEAVE TO SEEK RECONSIDERATION** |

Pursuant to Civil Local Rule 7-9, defendants County of Sonoma, Sheriff-Coroner William Cogbill and Deputy Sheriff Morris Eric Salkin (collectively, "County defendants") request leave to file a motion for reconsideration of the Court's Order re Motions to Dismiss, entered on March 10, 2010 (Docket No. 164).[1]  Without prejudice to the possibility of a subsequent conclusion that sufficient grounds for reconsideration do not exist, leave to file a motion for reconsideration is hereby granted.  County defendants shall file their motion no later than April 1, 2010, with briefing

---

[1] The County defendants style their request as an "ex parte motion."  Under Civil Local Rule 7-10, an ex parte motion is one filed without notice to opposing party, and is permissible only where authorized under the circumstances by a statute, Federal Rule, local rule, or Standing Order.  The County defendants, however, e-filed their motion, with the result that it was automatically served on all parties who have appeared.  The motion, therefore, was not made "ex parte" within the meaning of the Local Rules, despite its label.

to proceed as provided in Civil Local Rule 7. All discovery as to County Defendants herein is hereby stayed pending further order.

IT IS SO ORDERED.

Dated: 03/30/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE