**\*\*E-filed 05/10/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-4220 RS<br><br>**ORDER REQUESTING FURTHER BRIEFING** |

On May 7, 2010, the individual federal defendants filed a notice of interlocutory appeal as to the March 10, 2010 Order granting in part and denying in part the motions to dismiss the Second Amended Complaint.  It appears that the federal defendants believe that their deadline to appeal was not affected by the pendency of their motion to reconsider, which was under submission. *But see*, *Mitchell v. Maurer*, 67 F.2d 286 (9th Cir. 1933).

No later than May 17, 2010, the parties shall submit supplemental briefs setting forth their views as to the impact of the notice of appeal, if any, on this Court's jurisdiction to decide the motion for reconsideration either as to the federal defendants, the county defendants, or both.

IT IS SO ORDERED.

Dated: 05/10/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE