*E-Filed 5/11/10*

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for the United States and
Defendants Huelga and Merendino

JUAN OSUNA
Deputy Assistant Attorney General
JOSHUA E.T. BRAUNSTEIN
Assistant Director
COLIN A. KISOR
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868 Ben Franklin Station
Washington D.C., 20044
Telephone: (202) 532-4331
FAX: (202) 305-7000

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, *et al.*, <br><br> Defendants. | No. CV-08-4220-RS <br><br> **STIPULATION TO: (1) EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE AN ANSWER TO SECOND AMENDED COMPLAINT; (2) EXTEND TIME TO FILE INTERLOCUTORY APPEAL; [PROPOSED] ORDER** |

The parties to this action, by and through their respective counsel of record, hereby enter the following stipulation and request entry of a conforming order. This stipulation and concomitant request for order is made based on Defendants' pending motions to reconsider the March 10, 2010

Stipulation and ~~Proposed~~ Order
Case No. CV-08-4220 RS

Order re Motions to Dismiss (Docket Numbers 174 and 177), which were heard by the Court and taken under submission on May 6, 2010.

**STIPULATION**

1. Absent an intervening order, the time in which Defendants must file and serve their answers to Plaintiffs' Second Amended Complaint (which date is currently set for May 10, 2010) shall be extended to a date that is 10 days after entry of the Court's decision on the pending motions to reconsider.

2. Absent an intervening order, the time in which the parties may file interlocutory appeals of the March 10, 2010 Order re Motions to Dismiss, as provided in Federal Rule of Appellate Procedure 4(a) or otherwise, is hereby extended for an additional 30 days, to June 8, 2010, pursuant to Federal Rule of Appellate Procedure 4(a)(5). This stipulation and request for extension of the appellate period set forth in the Federal Rules of Appellate Procedure does not prejudice or affect other rights of the parties, including the ability of the parties to otherwise request or seek appellate review, and is made in an abundance of caution to preserve their rights to appeal.

Respectfully submitted,

Dated: May 10, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

By _____/s/_____
Ila C. Deiss
Assistant United States Attorney
Attorneys for Defendants U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement; Agent Mario Huelga; and Special Agent Chris Merendino

Dated: May 10, 2010

JUAN OSUNA
Deputy Assistant Attorney General, Civil Division

By_____/s/_____
Colin Kisor
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
Attorneys for Defendant U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement

Stipulation and ~~Proposed~~ Order
Case No. CV-08-4220 RS               2

| | |
|---|---|
| Dated: May 10, 2010 | Stephen M. Woodside, County Counsel |
| | By _____/s/_____ |
| |    Anne L. Keck, Deputy County Counsel |
| |    Sonoma County |
| | |
| | BERTRAND, FOX & ELLIOT |
| |    Thomas F. Bertrand |
| |    Richard W. Osman |
| | |
| Dated: May 10, 2010 | LATHAM WATKINS, LLP |
| |    Alfred C. Pfeiffer |
| |    Melissa N. Chan |
| |    Tienlon Ho |
| |    Mary Elizabeth-Heard |
| |    Jason Daniels |
| |    Casey R. O'Connor |
| | By_____/s/_____ |
| |    Alfred C. Pfeiffer, Jr. |
| | |
| |    Julia Harumi Mass |
| |    Alan L. Schlosser |
| |      AMERICAN CIVIL LIBERTIES UNION |
| |      FOUNDATION OF NORTHERN |
| |      CALIFORNIA |

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/11/10

_____
RICHARD SEEBORG
United States District Judge

Stipulation and ~~Proposed~~ Order
Case No. CV-08-4220 RS         3