*E-Filed 6/22/10*

1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for the United States and
8  Defendants Huelga and Merendino

9  WILLIAM ORRICK
   Deputy Assistant Attorney General
10 JOSHUA E.T. BRAUNSTEIN
   Assistant Director
11 COLIN A. KISOR
   Senior Litigation Counsel
12 Office of Immigration Litigation
   District Court Section
13 P.O. Box 868 Ben Franklin Station
   Washington D.C., 20044
14 Telephone: (202) 532-4331
   FAX: (202) 305-7000
15

16 Attorneys for the United States
   Bureau of Immigration and Customs
17 Enforcement

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                  SAN FRANCISCO DIVISION

21 COMMITTEE FOR IMMIGRANT
   RIGHTS OF SONOMA COUNTY, et al.,       No. CV-08-4220-RS
22
           Plaintiffs,
23                                        **STIPULATION TO SCHEDULE A CASE
   v.                                     MANAGEMENT CONFERENCE;**
24                                        ~~[PROPOSED]~~ **ORDER**
   COUNTY OF SONOMA, et al.,
25
           Defendants.
26 _____/

27     The parties to this action, by and through their respective counsel of record, hereby enter the

28 following stipulation and request entry of a conforming scheduling order.

---

Stipulation and ~~Proposed~~ Order
Case No. CV-08-4220 RS

**STIPULATION**

1. The previously-assigned Court had issued a Case Management and Pre-Trial Order on December 19, 2008 (Dkt. No. 22) and thereafter vacated that order in connection with its Order Granting in Part and Denying in Part Defendants' Motions to Dismiss, et al., entered on July 31, 2009. (Dkt. No. 121, at p. 42.) In its July 31, 2009 Order, the Court contemplated holding a further case management conference at a later date. Since the date of that July 31, 2009 Order, no further case management conference has been held, nor has the Court entered a subsequent case management or pre-trial order.

2. However, in connection with the previously-assigned Court's December 19, 2008 Order, the parties have scheduled a settlement conference to be held before the Honorable Magistrate Judge Edward M. Chen on July 13, 2010.

3. On June 11, 2010, this Court entered a decision on Defendants' motions for reconsideration, set a date on which Answers are due (i.e., July 1, 2010), and lifted the temporary stay of discovery; however, the Court did not set a new date for a case management conference. (Dkt No. 195.). The parties did, however, jointly submit a Case Management Statement on April 2, 2010 (Dkt No. 176).

4. Attorneys for Federal Defendants, Office of Immigration Litigation Counsel Colin Kisor and Lana Vahab, who are based in Washington, D.C., will attend the settlement conference before Magistrate Chen on July 13, 2010; scheduling a case management conference for July 15, 2010, will obviate the need for them to make a separate trip across the country to attend the conference, and will thus conserve the resources of the United States.

5. Accordingly, counsel for the parties stipulate and jointly request the Court to schedule a case management conference to be held on July 15, 2010, with a supplemental joint case management statement to be filed seven days prior.

//
//
//

Stipulation and ~~Proposed~~ Order
Case No. CV-08-4220 RS                    2

Respectfully submitted,

Dated: June 18, 2010                JOSEPH P. RUSSONIELLO
                                    United States Attorney

                        By          _____/s/_____
                                    Ila C. Deiss
                                    Assistant United States Attorney
                                    Attorneys for Defendants United States of America and
                                    Agent Mario Huelga and Special Agent Chris Merendino,
                                    in their personal capacities

Dated: June 18, 2010                WILLIAM ORRICK
                                    Deputy Assistant Attorney General, Civil Division

                        By_____/s/_____
                                    Colin Kisor
                                    Senior Litigation Counsel
                                    United States Department of Justice
                                    Office of Immigration Litigation
                                    Attorneys for Defendant U.S. Department of Homeland
                                    Security, Bureau of Immigration and Customs
                                    Enforcement

Dated: June 18, 2010                Stephen M. Woodside, County Counsel

                        By _____/s/_____
                                    Anne L. Keck, Deputy County Counsel
                                    Sonoma County Defendants

Dated: June 18, 2010                LATHAM WATKINS, LLP
                                        Alfred C. Pfeiffer
                                        Melissa N. Chan
                                        Tienlon Ho
                                        Mary Elizabeth-Heard
                                        Jason Daniels
                                        Casey R. O'Connor

                        By_____/s/_____
                                    Alfred C. Pfeiffer, Jr.

                                        Julia Harumi Mass
                                        Alan L. Schlosser
                                        AMERICAN CIVIL LIBERTIES UNION
                                        FOUNDATION OF NORTHERN
                                        CALIFORNIA

Stipulation and ~~Proposed~~ Order
Case No. CV-08-4220 RS                          3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Pursuant to stipulation, a case management conference shall be scheduled for July 15, 2010, at 10:00 a.m., with a supplemental joint case management statement due to be filed seven days prior.

**IT IS SO ORDERED.**

Date:  6/21/10

_____
RICHARD SEEBORG
United States District Judge