```
 1  LATHAM & WATKINS LLP
       Alfred C. Pfeiffer, Jr. (State Bar No. 120965)
 2     Hyun Jee Son (State Bar. No. 238808)
       Megan S. Bouchier (State Bar No. 252614)
 3     Mary Elizabeth Heard (State Bar No. 255793)
       Jason L. Daniels (State Bar No. 258377)
 4     Casey R. O'Connor (State Bar No. 261755)
       Robert Studley (State Bar No. 259818)
 5  505 Montgomery Street, Suite 2000
    San Francisco, California  94111
 6  Telephone:  (415) 391-0600
    Facsimile:  (415) 395-8095
 7  Email: al.pfeiffer@lw.com
    Email: hyunjee.son@lw.com
 8  Email: megan.bouchier@lw.com
    Email: maryelizabeth.heard@lw.com
 9  Email: jason.daniels@lw.com
    Email: casey.oconnor@lw.com
10  Email: robert.studley@lw.com

11  Julia Harumi Mass (State Bar No. 189649)
    Alan L. Schlosser (State Bar No. 49957)
12  Amalia Greenberg Delgado (State Bar No. 269044)
    AMERICAN CIVIL LIBERTIES UNION
13  FOUNDATION OF NORTHERN CALIFORNIA
    39 Drumm Street
14  San Francisco, California  94111
    Telephone:  (415) 621-2493
15  Facsimile:  (415) 255-8437
    Email: jmass@aclunc.org
16  Email: aschlosser@aclunc.org
    Email: agreenberg@aclunc.org
17
    Attorneys for Plaintiffs
18
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, FRANCISCO SANCHEZ-LOPEZ, and CHRISTYAN SONATO-VEGA,<br><br>        Plaintiffs,<br>    v.<br><br>COUNTY OF SONOMA; SHERIFF-CORONER BILL COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN, individually and in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SPECIAL AGENT-IN-CHARGE MARK WOLLMAN, SPECIAL AGENT MARIO HUELGA and SPECIAL AGENT CHRIS MERENDINO, individually and in their official capacities; DOES 1-50; and ROES 1-50, | CASE NO. CV-08-04220-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON COUNTY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg |

1  inclusive,
2             Defendants.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
CASE NO. 08-4220 -RS

WHEREAS, the Court on October 22, 2010, ordered a further Case Management Conference to be held on January 20, 2011, at 10:00 am in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and for the parties to file a Joint Case Management Statement at least one week prior to the Conference;

WHEREAS, on November 10, 2010, County Defendants the County of Sonoma, Sheriff-Coroner William Cogbill, and Deputy Sheriff Morris Eric Salkin ("County Defendants") filed a Motion for Judgment on the Pleadings and noticed the hearing on the motion for December 16, 2010, at 1:30 p.m.;

WHEREAS, the deposition of Plaintiff Francisco Sanchez-Lopez is currently scheduled for December 16, 2010, beginning at 9:00 a.m.;

WHEREAS, Plaintiffs have requested that the hearing date on County Defendants' Motion for Judgment on the Pleadings be moved to another date, so as not to occur on the same date as Plaintiff Sanchez-Lopez's deposition, and County Defendants have agreed to continue the hearing on that motion to January 27, 2011, at 1:30 p.m.;

WHEREAS, to conserve the resources of the parties, they also wish to move the Case Management Conference from its current scheduling of January 20, 2011, at 10:00 a.m., to January 27, 2011, at 1:30 p.m., to occur at the same time as the hearing on County Defendants' Motion for Judgment on the Pleadings.

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective undersigned counsel, as follows:

1. The parties respectfully request that the Court continue the hearing on County Defendants' Motion for Judgment on the Pleadings, from its current date of December 16, 2010, to January 27, 2011, at 1:30 p.m.; and

2. The parties respectfully request that the Court continue the further Case Management Conference, currently set for January 20, 2011, to January 27, 2011, at 1:30 p.m., with the parties to file a Joint Case Management Statement at least one week prior to the Conference.

Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to General Order 45(X)(B).

Dated:  November 18, 2010                Respectfully submitted,

                                                      LATHAM & WATKINS LLP
                                                        Alfred C. Pfeiffer
                                                        Hyun Jee Son
                                                        Mary Elizabeth-Heard
                                                        Megan Bouchier
                                                        Jason Daniels
                                                        Casey R. O'Connor
                                                        Robert Studley

By       /s/ Hyun Jee Son          
          Hyun Jee Son

          Julia Harumi Mass
          Alan L. Schlosser
              AMERICAN CIVIL LIBERTIES
              UNION FOUNDATION OF
              NORTHERN CALIFORNIA

Attorneys for Plaintiffs

Dated:  November 18, 2010                Respectfully submitted,

Stephen M. Woodside, County Counsel

By       /s/ Anne Keck          
          Anne L. Keck, Deputy County Counsel
          Sonoma County

Attorneys for Defendants COUNTY OF SONOMA, SHERIFF-CORONER WILLIAM COGBILL, and DEPUTY SHERIFF MORRIS ERIC SALKIN

Dated:  November 18, 2010                Respectfully submitted,

MELINDA HAAG
United States Attorney

By       /s/ Ila Deiss          
          ILA DEISS

| | |
|---|---|
| | Assistant United States Attorney |
| | Attorney for Defendants SPECIAL AGENT MARIO HUELGA and SPECIAL AGENT CHRIS MERENDINO |
| Dated:  November 18, 2010 | Respectfully submitted, |
| | MICHAEL F. HERTZ<br>Deputy Assistant Attorney General, Civil Division |
| | DAVID J. KLINE<br>Director |
| | JOSHUA E.T. BRAUNSTEIN<br>Assistant Director |
| | By  _____/s/ Colin Kisor_____<br>    COLIN KISOR<br>    Trial Attorney |
| | Attorneys for Defendants U.S. DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT |

## **ORDER**

**IN LIGHT OF THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:**

1. The hearing on County Defendants' Motion for Judgment on the Pleadings shall be continued from December 16, 2010, to January 27, 2011, at 1:30 p.m.; and

2. The further Case Management Conference shall be continued from January 20, 2011, to January 27, 2011, at 1:30 pm, with the parties to file a Joint Case Management Statement at least one week prior to the Conference.

DATED: 11/19/10                    By: /s/ Richard Seeborg
                                   THE HONORABLE RICHARD SEEBORG
                                   United States District Judge