*E-Filed 12/22/10*

LATHAM & WATKINS LLP
  Alfred C. Pfeiffer, Jr. (State Bar No. 120965)
  Hyun Jee Son (State Bar. No. 238808)
  Megan S. Bouchier (State Bar No. 252614)
  Mary Elizabeth Heard (State Bar No. 255793)
  Jason L. Daniels (State Bar No. 258377)
  Casey R. O'Connor (State Bar No. 261755)
  Robert Studley (State Bar No. 259818)
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email: al.pfeiffer@lw.com
Email: hyunjee.son@lw.com
Email: megan.bouchier@lw.com
Email: maryelizabeth.heard@lw.com
Email: jason.daniels@lw.com
Email: casey.oconnor@lw.com
Email: robert.studley@lw.com

Julia Harumi Mass (State Bar No. 189649)
Alan L. Schlosser (State Bar No. 49957)
Amalia Greenberg Delgado (State Bar No. 269044)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
Email: jmass@aclunc.org
Email: aschlosser@aclunc.org
Email: agreenberg@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>Defendants. | CASE NO. CV-08-4220-RS<br><br>**JOINT STIPULATION TO VACATE DATES AND ~~PROPOSED~~ ORDER**<br><br>**AS MODIFIED BY THE COURT** |

**WHEREAS**, the parties attended a December 12, 2010 Settlement Conference with Magistrate Judge Chen and agreed to a 60-day litigation stay ending February 10, 2011.

**WHEREAS**, the County Defendants' Opposition to the Plaintiffs' Objections to Order of Magistrate Judge Larson Denying Plaintiffs' Motion for Global Protective Order was due on December 21, 2010.

**WHEREAS**, the Plaintiffs' Opposition to County Defendants' Motion for Judgment on the Pleadings is due January 6, 2011.

**WHEREAS**, the County Defendants' Reply to Plaintiffs' Opposition to County Defendants' Motion for Judgment on the Pleadings is due January 13, 2011.

**WHEREAS**, the Joint Case Management Conference Statement is due on January 20, 2010.

**WHEREAS**, the Case Management Conference is scheduled for January 27, 2010.

**WHEREAS**, the Hearing on the County's Motion for Judgment on the Pleadings is scheduled for January 27, 2010.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned counsel, as follows:

1. All dates ordered by this Court in this action (including but not limited to opposition/reply due dates, hearing dates, and case management conference dates) are hereby vacated, and are subject to being re-set upon request of the parties after the stay has been lifted.

**IT IS SO STIPULATED AND AGREED.**

Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to General Order 45(X)(B).

| | | |
|---|---|---|
| 1 | Dated: December 22, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | LATHAM & WATKINS LLP |
| | |   Alfred C. Pfeiffer |
| 5 | |   Hyun Jee Son |
| | |   Megan Bouchier |
| 6 | |   Mary Elizabeth-Heard |
| | |   Jason Daniels |
| 7 | |   Casey R. O'Connor |
| 8 | | By _____ |
| | |   ROBERT STUDLEY |
| 9 | | |
| | |   Julia Harumi Mass |
| 10 | |   Alan L. Schlosser |
| | |   Amalia Greenberg Delgado |
| 11 | |     AMERICAN CIVIL LIBERTIES UNION |
| | |     FOUNDATION OF NORTHERN |
| 12 | |     CALIFORNIA |
| 13 | | Attorneys for Plaintiffs |
| 14 | | |
| 15 | Dated: December 22, 2010 | Respectfully submitted, |
| 16 | | MELINDA HAAG |
| | | United States Attorney |
| 17 | | |
| | | By ____/s/ Ila Deiss_____ |
| 18 | |   ILA DEISS |
| | |   Assistant United States Attorney |
| 19 | | |
| | | Attorney for Defendants SPECIAL AGENT |
| 20 | | MARIO HUELGA and SPECIAL AGENT |
| | | CHRIS MERENDINO |
| 21 | | |
| 22 | Dated: December 22, 2010 | Respectfully submitted, |
| 23 | | |
| | | MICHAEL F. HERTZ |
| 24 | | Deputy Assistant Attorney General, Civil |
| | | Division |
| 25 | | |
| 26 | | DAVID J. KLINE |
| | | Director |
| 27 | | |
| | | JOSHUA E.T. BRAUNSTEIN |
| 28 | | Assistant Director |

|    |                              |                                                                                              |
|----|------------------------------|----------------------------------------------------------------------------------------------|
| 1  |                              |                                                                                              |
| 2  |                              | By    /s/ Colin Kisor<br>       COLIN KISOR<br>       Trial Attorney                         |
| 3  |                              |                                                                                              |
| 4  |                              | Attorneys for Defendants U.S. DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT |
| 5  |                              |                                                                                              |
| 6  | Dated: December 22, 2010     | Respectfully submitted,                                                                      |
| 7  |                              |                                                                                              |
| 8  |                              | BERTRAND, FOX & ELLIOT<br>    Thomas F. Bertrand                                             |
| 9  |                              |                                                                                              |
| 10 |                              | By    /s/ Richard W. Osman, Esq.<br>       RICHARD W. OSMAN                                  |
| 11 |                              | Attorneys for County Defendants                                                              |

~~**PROPOSED**~~ **ORDER**

Pursuant to stipulation by all parties, all dates ordered by this Court in this action, except the case management conference date (including but not limited to opposition/reply due dates, and hearing dates) are hereby vacated, and are subject to being re-set upon request of the parties after the stay has been lifted.  The Case Management Conference is hereby CONTINUED to March 17, 2011, at 10:00 a.m.

**IT IS SO ORDERED.**

Date: __12/22/10_____          _____
                                 Honorable Richard Seeborg
                                 United States District Court Judge

1