THOMAS F. BERTRAND, State Bar No. 056560
RICHARD W. OSMAN, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-mail: rosman@bfesf.com

BRUCE D. GOLDSTEIN, State Bar No. 135970
County Counsel
ANNE L. KECK, State Bar No. 136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105-A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: akeck@sonoma-county.org

Attorneys for Defendants
County of Sonoma, Sheriff-Coroner William
Cogbill, Deputy Sheriff Morris Eric Salkin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants.<br>_____/ | No. CV-08-4220-RS<br><br>**JOINT STIPULATION TO EXTEND TEMPORARY STAY OF ACTION; [PROPOSED] ORDER** |

The parties herein, through their respective counsel of record, hereby agree and stipulate as follows.

**RECITALS**

1. Pursuant to a stipulation of the parties, this Court entered an Order on December 22, 2010, vacating all dates previously ordered by the Court in this action (with the exception of the Case

Management Conference date) and staying this action through February 10, 2011.  (Dkt. No. 247.)  For the purposes of this stipulation, this stay shall be referred to herein as the "Temporary Stay."

2. In the Temporary Stay Order, the Court also continued the Case Management Conference to March 17, 2011, at 10:00 a.m. (*Id.*).  Pursuant to local rules, the parties' Joint Supplemental Case Management Conference Statement is accordingly due to be filed on March 10, 2011.

3. The parties had requested the Order approving the Temporary Stay pursuant to an agreement reached at the settlement conference held before Magistrate Judge Chen on December 14, 2010, for the purpose of permitting the parties to pursue further settlement discussions without the necessity of attending to other litigation demands.

4 On January 20, 2011, Magistrate Judge Chen entered an Order setting a further settlement conference in this matter for March 4, 2011, at 9:30 a.m., and requiring the parties to lodge further settlement conference statements by February 18, 2011. (Dkt. No. 248.)   For the purposes of this stipulation, such Order shall be referred to as the "Further Settlement Conference Order."

5 The parties have not completed settlement discussions as of the date of this filing, which discussions remain ongoing.

**STIPULATION**

6. Based on the foregoing, the parties stipulate and request entry of an order extending the Temporary Stay of this action through and including March 16, 2011, with the exception of the following:

    a. The Further Settlement Conference Order (Dkt. No. 248) shall remain in full force and effect; and

    b. The parties remain obliged to file their Supplemental Joint Case Management Conference Statement on March 10, 2011.

7. The further Case Management Conference shall remain set to occur on March 17, 2011, at 10:00 a.m.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 9, 2011

BRUCE D. GOLDSTEIN
County Counsel, County of Sonoma

By: /s/ Anne L. Keck
    Anne L. Keck
    Deputy County Counsel

Attorneys for Defendants the County of Sonoma, Sheriff-Coroner William Cogbill, and Deputy Sheriff Morris Eric Salkin

Dated: February 9, 2011

MELINDA HAAG
United States Attorney

By: /s/ Ila C. Deiss
    Ila C. Deiss
    Assistant United States Attorney

Attorneys for Defendants U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement; Special Agent Mario Huelga; and Special Agent Chris Merendino

Dated: February 9, 2011

MICHAEL F. HERTZ
Deputy Assistant Attorney General, Civil Division

By: /s/ Colin Kisor
    Colin Kisor
    Trial Attorney
    U.S. DOJ, Office of Immigration Litigation

Attorneys for Defendant U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement

Dated: February 9, 2011

LATHAM & WATKINS LLP

By: /s/ Robert Studley
    Alfred C. Pfeiffer, Jr.
    Robert Studley

Attorneys for Plaintiffs

---

Joint Stipulation to Extend Temporary Stay
of Action; [~~Proposed~~] Order      3      USDC Case No. CV-08-4220 RS

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and with good cause appearing, it is hereby ordered that this action shall remain temporarily stayed through and including March 16, 2011, with the exception of the following:

    a.    The Further Settlement Conference Order (Dkt. No. 248) shall remain in full force and effect; and

    b.    The parties remain obliged to file their Supplemental Joint Case Management Conference Statement on March 10, 2011.

The further Case Management Conference shall remain set to occur on March 17, 2011, at 10:00 a.m.

IT IS SO ORDERED.

Date: 2/9/11

_____
Honorable Richard Seeborg
United States District Court Judge