THOMAS F. BERTRAND, State Bar No. 056560
RICHARD W. OSMAN, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-mail: rosman@bfesf.com

BRUCE D. GOLDSTEIN, State Bar No. 135970
County Counsel
ANNE L. KECK, State Bar No. 136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105-A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: akeck@sonoma-county.org

Attorneys for Defendants
County of Sonoma, Sheriff-Coroner William
Cogbill, Deputy Sheriff Morris Eric Salkin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | No. CV-08-4220-RS<br><br>**JOINT STIPULATION TO FURTHER EXTEND TEMPORARY STAY OF ACTION AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

The parties herein, through their respective counsel of record, hereby agree and stipulate as follows.

**RECITALS**

1. Pursuant to a stipulation of the parties, this Court entered an Order on December 22, 2010, vacating all dates previously ordered by the Court in this action (with the exception of the Case

1  Management Conference date) and staying this action through February 10, 2011. (Dkt. No. 247.)
2  For the purposes of this stipulation, this stay shall be referred to herein as the "Temporary Stay." In
3  the Temporary Stay Order, the Court also continued the Case Management Conference to March 17,
4  2011, at 10:00 a.m. (*Id.*).  The parties' purpose in requesting the stay was to permit them to pursue
5  further settlement discussions without the necessity of attending to other litigation demands.

6      2.   On February 10, 2011, this Court approved the parties' stipulation to extend the
7  Temporary Stay through March 16, 2011, with identified exceptions, for the purpose of permitting
8  them to continue their settlement discussions. (Dkt. No. 251.)  Per that Order, the Case Management
9  Conference date remained set for March 17, 2011.

10     3.   On March 4, 2011, the parties participated in a further settlement conference before
11 Magistrate Judge Chen.  Discussions and issues raised at that conference require further consideration
12 by the parties as part of the settlement process.  Magistrate Judge Chen has indicated that he is open to
13 assisting the parties further with their ongoing settlement process if needed.

14     4.   Accordingly, the parties believe that it is in their and the Court's best interests to
15 further extend the Temporary Stay through April 15, 2011, to permit them to continue their settlement
16 discussions unimpeded by other litigation demands.  To this end, the parties also seek a continuance
17 of the Case Management Conference, currently set for March 17, 2011, to May 26, 2011, or such
18 other date that is convenient for the Court.

19                              **STIPULATION**

20     5.   Based on the foregoing, the parties stipulate and request entry of an order extending
21 the Temporary Stay of this action through and including April 15, 2011, with the exception that
22 Magistrate Judge Chen may enter orders regarding the settlement process during the period of the
23 stay.

24     6.   The parties further stipulate and request entry of an order continuing the Case
25 Management Conference currently set for March 17, 2011, to May 26, 2011, at 10:00 a.m., or such
26 other date and time as are convenient for the Court.  The Joint Supplemental Case Management
27 Statement is requested to be due one week prior to the conference.

28     IT IS SO STIPULATED:

Respectfully submitted,

Dated: March 9, 2011

BRUCE D. GOLDSTEIN
County Counsel, County of Sonoma

By: /s/ Anne L. Keck
    Anne L. Keck
    Deputy County Counsel

Attorneys for Defendants the County of Sonoma, Sheriff-Coroner William Cogbill, and Deputy Sheriff Morris Eric Salkin

Dated: March 9, 2011

MELINDA HAAG
United States Attorney

By: /s/ Ila C. Deiss
    Ila C. Deiss
    Assistant United States Attorney

Attorneys for Defendants U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement; Special Agent Mario Huelga; and Special Agent Chris Merendino

Dated: March 9, 2011

MICHAEL F. HERTZ
Deputy Assistant Attorney General, Civil Division

By: /s/ Colin Kisor
    Colin Kisor
    Trial Attorney
    U.S. DOJ, Office of Immigration Litigation

Attorneys for Defendant U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement

Dated: March 9, 2011

LATHAM & WATKINS LLP

By: /s/ Robert Studley
    Alfred C. Pfeiffer, Jr.
    Robert Studley

    Julia Harumi Mass
    Alan L. Schlosser
        AMERICAN CIVIL LIBERTIES
        UNION FOUNDATION OF
        NORTHERN CALIFORNIA

Attorneys for Plaintiffs

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and with good cause appearing, it is hereby ordered as follows:

    a.    This action shall remain temporarily stayed through and including April 15, 2011, with the exception that Magistrate Judge Chen may enter orders regarding the settlement process during the period of the stay.

    b.    The Case Management Conference currently set for March 17, 2011, shall be continued to May 26, 2011, at 10:00 a.m., and the Joint Supplemental Case Management Conference Statement is due to be filed one week prior.

IT IS SO ORDERED.

Date: __3/9/11_____

_____
Honorable Richard Seeborg
United States District Court Judge