MELINDA HAAG
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ILA C. DEISS, (NY SBN 3052909)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
Fax: (415) 436-7169
E-mail: ila.deiss@usdoj.gov

WILLIAM ORRICK
Deputy Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
COLIN A. KISOR (DC 497145)
Senior Litigation Counsel
LANA L. VAHAB (DC 976203)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4331
Fax: (202) 305-7000
Email: colin.kisor@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, FRANCISCO SANCHEZ-LOPEZ, and CHRISTYAN SONATO-VEGA, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA; SHERIFF-CORONER BILL COGBILL and DEPUTY SHERIFF MORRIS ERIC SALKIN, | No. C 08-4220 RS <br><br> **STIPULATION TO DISMISS ALL CLAIMS BROUGHT BY PLAINTIFF SANCHEZ-LOPEZ AGAINST FEDERAL DEFENDANTS WITH PREJUDICE; and** [proposed] **ORDER** |

STIPULATED DISMISSAL OF PLAINTIFF SANCHEZ-LOPEZ'S CLAIMS AGAINST FEDERAL DEFENDANTS
Case No. C 08-4220 RS

| | |
|---|---|
| individually and in their official capacities; UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPORTATION OFFICER MARIO HUELGA and SPECIAL AGENT CHRIS MERENDINO, individually and in their official capacities; DOES 1-50; and ROES 1-50, inclusive,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

WHEREAS, Plaintiff Francisco Sanchez-Lopez ("Sanchez-Lopez") filed a Complaint against Defendants United States of America ("USA"); U.S. Department of Homeland Security, Immigration and Customs Enforcement ("ICE"); Special Agent Mario Huelga ("Huelga"), in his official and individual capacities; Special Agent Chris Merendino ("Merendino"), in his official and personal capacities; ROES 1-50 (collectively referred to hereinafter as "Federal Defendants"), claiming violations of: the Fourth Amendment against ICE, Huelga, Merendino, and ROES 1-50; Fifth Amendment (Equal Protection and Due Process) against ICE, Huelga, Merendino, and ROES 1-50; 8 U.S.C. § 1357 and 8 C.F.R. §§ 287.3 and 287.7 (through the Due Process Clause and the Administrative Procedure Act) against ICE, Huelga, Merendino, and ROES 1-50; 42 U.S.C. §§ 1983 and 1985(3) against Federal and County Defendants, except the USA; Bane Act (California Civil Code § 52.1) against USA; and Federal Tort Claims Act against USA,

IT IS HEREBY STIPULATED that all claims brought by Plaintiff Sanchez-Lopez against the Federal Defendants be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the parties' Settlement Agreement, each party to bear its own costs and fees.

///

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: March 4, 2011 | | FRANCISCO SANCHEZ-LOPEZ<br>Plaintiff |

LATHAM & WATKINS LLP
Alfred C. Pfeiffer
Mary Elizabeth-Heard
Megan Bouchier
Jason Daniels
Casey R. O'Connor
Robert Studley

DATED: March /, 2011        By: _____
                                 CASEY R. O'CONNOR

Julia Harumi Mass
Alan L. Schlosser

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

Attorneys for Plaintiffs

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: March 4, 2011        By: _____
                                 ILA DEISS
                                 Assistant United States Attorney

WILLIAM ORRICK, III.
Deputy Assistant Attorney General, Civil Division

DAVID J. KLINE
Director

JOSHUA E.T. BRAUNSTEIN
Assistant Director

DATED: March 4, 2011        By: _____
                                 COLIN KISOR
                                 Senior Litigation Counsel

Attorneys for Federal Defendants

STIPULATED DISMISSAL OF PLAINTIFF SANCHEZ-LOPEZ'S CLAIMS AGAINST FEDERAL
DEFENDANTS
Case No. C 08-4220 RS                                    2

1  Pursuant to Stipulation,

**ORDER**

2  IT IS SO ORDERED.

3

4  Dated:   4/7/11

_[signature]_

RICHARD SEEBORG
United States District Judge