*E-Filed 8/25/11*

1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr. (State Bar No. 120965)
2  Megan S. Bouchier (State Bar No. 252614)
   Jason Daniels (State Bar No. 258377)
3  Casey R. O'Connor (State Bar No. 261755)
   Robert Studley (State Bar No. 259818)
4  Stephanie Song (State Bar No. 270018)
   505 Montgomery Street, Suite 2000
5  San Francisco, California 94111
   Telephone: (415) 391-0600
6  Facsimile: (415) 395-8095
   Email: al.pfeiffer@lw.com
7  Email: megan.bouchier@lw.com
   Email: jason.daniels@lw.com
8  Email: casey.oconnor@lw.com
   Email: robert.studley@lw.com
9  Email: stephanie.song@lw.com

10 Alan L. Schlosser (State Bar No. 49957)
   Julia Harumi Mass (State Bar No. 189649)
11 AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA
12 39 Drumm Street
   San Francisco, California 94111
13 Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
14 Email: aschlosser@aclunc.org
   Email: jmass@aclunc.org
15
   Attorneys for PLAINTIFFS
16                        UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

18 COMMITTEE FOR IMMIGRANT RIGHTS OF          CASE NO. CV-08-04220-RS
   SONOMA COUNTY, et al.,
19                                            **STIPULATION TO DISMISS ALL**
                 Plaintiffs,                  **CLAIMS BROUGHT BY PLAINTIFF**
20                                            **SANCHEZ-LOPEZ AGAINST**
        v.                                    **COUNTY DEFENDANTS WITH**
21 COUNTY OF SONOMA, et al.,                  **PREJUDICE; and [proposed] ORDER**
22            Defendants.

23     WHEREAS, Plaintiff Francisco Sanchez-Lopez ("Sanchez-Lopez") filed this action

24 against, *inter alia,* Defendants the County of Sonoma, former Sheriff-Coroner William Cogbill,

25 Deputy Sheriff Morris Eric Salkin, individually and in their official capacities, and Does 1

26 through 50 (all collectively referred to hereinafter as "County Defendants"), claiming violations

27

28 of both federal and state law, and accordingly,

1      IT IS HEREBY STIPULATED that all claims brought by Plaintiff Sanchez-Lopez

2   against the County Defendants be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) and

3   the parties' Settlement Agreement, each of the parties to bear their own costs and attorneys' fees.

4
                                        Respectfully submitted,
5

6   DATED: August $2\overset{3}{\cancel{3}}$, 2011         By:

7                                            Casey R. O'Connor

8                                            LATHAM & WATKINS LLP
                                             Alfred C. Pfeiffer
9                                            Megan Bouchier
                                             Jason Daniels
10                                           Casey R. O'Connor
                                             Robert Studley
11                                           Stephanie Song

12
                                             Julia Harumi Mass
13                                           Alan L. Schlosser
                                             AMERICAN CIVIL LIBERTIES UNION
14                                           FOUNDATION OF NORTHERN CALIFORNIA

15
                                             Attorneys for Plaintiff
16                                           Committee for Immigrant Rights of Sonoma County

17

18                                           Respectfully submitted,

19   DATED: August $/\cancel{8}$, 2011         By:
                                             Anne L. Keck
20
                                             ANNE L. KECK
21                                           Deputy County Counsel
                                             Office of the Sonoma County Counsel
22

23                                           BERTRAND, FOX & ELLIOT
                                             Richard Osman
24
                                             Attorneys for County Defendants
25

26

27

28
STIPULATED DISMISSAL OF PLAINTIFF SANCHEZ-LOPEZ'S CLAIMS AGAINST COUNTY DEFENDANTS
Case No. CV- 08-4220-RS

1

**ORDER**

2

3
Pursuant to the above Stipulation,

4
IT IS SO ORDERED.

5

6
Dated:   8/25/11

7
RICHARD SEEBORG

8
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
STIPULATED DISMISSAL OF PLAINTIFF SANCHEZ-LOPEZ'S CLAIMS AGAINST COUNTY DEFENDANTS
Case No. CV- 08-4220-RS