LATHAM & WATKINS LLP
 Alfred C. Pfeiffer, Jr. (State Bar No. 120965)
 Megan S. Bouchier (State Bar No. 252614)
 Jason Daniels (State Bar No. 258377)
 Casey R. O'Connor (State Bar No. 261755)
 Robert Studley (State Bar No. 259818)
 Stephanie Song (State Bar No. 270018)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: al.pfeiffer@lw.com
Email: megan.bouchier@lw.com
Email: jason.daniels@lw.com
Email: casey.oconnor@lw.com
Email: robert.studley@lw.com
Email: stephanie.song@lw.com

Alan L. Schlosser (State Bar No. 49957)
Julia Harumi Mass (State Bar No. 189649)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: aschlosser@aclunc.org
Email: jmass@aclunc.org

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, et al., <br><br> Defendants. | CASE NO. CV-08-04220-RS <br><br> **STIPULATION TO DISMISS ALL CLAIMS BROUGHT BY PLAINTIFF SONATO-VEGA AGAINST COUNTY DEFENDANTS WITH PREJUDICE; and [proposed] ORDER** |

WHEREAS, Plaintiff Christyan Sonato-Vega ("Sonato-Vega") filed this action against, *inter alia,* Defendants the County of Sonoma, former Sheriff-Coroner William Cogbill, Deputy Sheriff Morris Eric Salkin, individually and in their official capacities, and Does 1 through 50 (all collectively referred to hereinafter as "County Defendants"), claiming violations of both federal and state law, and accordingly,

IT IS HEREBY STIPULATED that all claims brought by Plaintiff Sonato-Vega against the County Defendants be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) and the parties' Settlement Agreement, each of the parties to bear their own costs and attorneys' fees.

Respectfully submitted,

DATED: August 23, 2011          By: _____
                                     Casey R. O'Connor

LATHAM & WATKINS LLP
Alfred C. Pfeiffer
Megan Bouchier
Jason Daniels
Casey R. O'Connor
Robert Studley
Stephanie Song

Julia Harumi Mass
Alan L. Schlosser
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

Attorneys for Plaintiff
Committee for Immigrant Rights of Sonoma County

Respectfully submitted,

DATED: August 8, 2011           By: _____
                                     Anne L. Keck

ANNE L. KECK
Deputy County Counsel
Office of the Sonoma County Counsel

BERTRAND, FOX & ELLIOT
Richard Osman

Attorneys for County Defendants

STIPULATED DISMISSAL OF PLAINTIFF SONATO-VEGA'S CLAIMS AGAINST COUNTY DEFENDANTS
Case No. CV- 08-4220-RS

**ORDER**

Pursuant to the above Stipulation,

IT IS SO ORDERED.

Dated:   8/25/11

_____
RICHARD SEEBORG
United States District Judge

STIPULATED DISMISSAL OF PLAINTIFF SONATO-VEGA'S CLAIMS AGAINST COUNTY DEFENDANTS
Case No. CV- 08-4220-RS