**\*\*E-filed 12/12/11 \*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, et al., <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SONOMA, et al., <br><br> Defendants. | No. C 08-4220 RS <br><br> **ORDER CLARIFYING SCOPE OF VACATUR** |

Pursuant to a stipulation between plaintiffs and the Federal Defendants, an order issued this date vacating the Order Re Motions to Dismiss entered herein on March 10, 2010. The vacatur does not apply to those aspects of the March 10, 2010 order that addressed claims against parties to the litigation who did not join in the stipulation to vacate.

IT IS SO ORDERED.

Dated: 12/12/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE