| | |
|---|---|
| 1 | MELINDA HAAG |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | ILA C. DEISS, (NY SBN 3052909) |
| | Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 5 | Telephone: (415) 436-7124 |
| | Fax: (415) 436-7169 |
| 6 | E-mail: ila.deiss@usdoj.gov |
| 7 | |
| | WILLIAM ORRICK |
| 8 | Deputy Assistant Attorney General, Civil Division |
| | DAVID J. KLINE |
| 9 | Director |
| | COLIN A. KISOR (DC 497145) |
| 10 | Deputy Director |
| | LANA L. VAHAB (DC 976203) |
| 11 | Trial Attorney |
| | Office of Immigration Litigation |
| 12 | Civil Division, Justice Department |
| | P.O. Box 868, Ben Franklin Station |
| 13 | Washington, D.C. 20044 |
| | Tel: (202) 532-4331 |
| 14 | Fax: (202) 305-7000 |
| | Email: colin.kisor@usdoj.gov |
| 15 | |
| | Attorneys for Federal Defendants |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 20 | COMMITTEE FOR IMMIGRANT RIGHTS OF SONOMA COUNTY, | ) ) ) | No. C 08-4220 RS |
| 21 | | ) | |
| 22 | Plaintiff, | ) ) | **STIPULATION TO DISMISS ALL REMAINING CLAIMS BROUGHT BY** |
| 23 | v. | ) ) | **PLAINTIFF COMMITTEE FOR IMMIGRANTS RIGHTS OF SONOMA** |
| 24 | U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT; | ) ) ) | **COUNTY AGAINST FEDERAL DEFENDANTS WITH PREJUDICE; and** [proposed] **ORDER** |
| 25 | DEPORTATION OFFICER MARIO HUELGA and SPECIAL AGENT CHRIS | ) ) | |
| 26 | MERENDINO, in their official capacities, | ) | |
| 27 | Defendants. | | |

STIPULATED DISMISSAL
C 08-4220 RS

WHEREAS, on December 5, 2011, remaining Plaintiff Committee for Immigrant Rights of Sonoma County (CIRSC) and the remaining Federal Defendants entered into a Settlement Agreement resolving all remaining claims in this Action,

IT IS HEREBY STIPULATED that all remaining claims brought by Plaintiff CIRSC against the Federal Defendants be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the parties' December 5, 2011 Settlement Agreement, each party to bear its own costs and fees.

                                                COMMITTEE FOR IMMIGRANT RIGHTS
OF SONOMA COUNTY

DATED: December 5, 2011            LATHAM & WATKINS LLP
Alfred C. Pfeiffer
Megan Bouchier
Jason Daniels
Casey R. O'Connor
Robert Studley
Stephanie Song

                      By:        _____/s/_____
                                            CASEY R. O'CONNOR

                                            Julia Harumi Mass
Alan L. Schlosser

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

Attorneys for Plaintiffs

///
///
///

STIPULATED DISMISSAL
C 08-4220 RS

| | | |
|---|---|---|
| 1 | DATED: December 5, 2011 | Respectfully submitted, |
| 2 | | MELINDA HAAG<br>United States Attorney |
| 3 | | |
| 4 | By: | _____/s/_____<br>ILA DEISS<br>Assistant United States Attorney |
| 5 | | |
| 6 | | WILLIAM ORRICK, III.<br>Deputy Assistant Attorney General, Civil Division<br>DAVID J. KLINE |
| 7 | | Director |
| 8 | | |
| 9 | DATED: December 5, 2011   By: | _____/s/_____<br>COLIN KISOR<br>Deputy Director |
| 10 | | |
| 11 | | Attorneys for Federal Defendants |

### ~~[Proposed]~~ ORDER

Pursuant to Stipulation,

IT IS SO ORDERED. The Clerk shall close this case.

Dated:   12/12/11                           _____/s/ Richard Seeborg_____
                                            RICHARD SEEBORG
                                            United States District Judge

STIPULATED DISMISSAL
C 08-4220 RS                           2